# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

United States of America

**GOVERNMENT'S EXHIBIT LIST**

V.

Frank Peake                    Cr. 11-512 (DRD)

| PRESIDING JUDGE<br>DANIEL R. DOMINGUEZ | GOVERNMENT'S ATTORNEY<br>TA Brent Snyder<br>TA Craig Y. Lee<br>TA Michael Whitlock<br>TA Heather Tewksbury | DEFENDANT'S ATTORNEY<br>David Oscar Markus<br>A. Margot Moss |
|---|---|---|
| Suppression Hearing HELD.<br>January 8, 2013 | COURT REPORTER<br>Yvette Richardson | COURTROOM DEPUTY<br>Omar Flaquer-Mendoza |

| Gov | DATE OFFERED | MARKED | DATE ADMITTED AS EXH. | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|
| 1 | 1/8/2013 | **EXH** | 1/8/2013 | Declaration of SA Byron Thompson |
| 2 | 1/8/2013 | **EXH** | 1/8/2013 | Photo of defendant's office. |
| 3 | 1/8/2013 | **EXH** | 1/8/2013 | Photo of defendant's office. |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

**Observations:** The Court will return the evidence to the Government.

Page  1   of   1   Pages

Page   2   of   1   Pages