# APPENDIX B

# Frank Peake (904-710-2128) - Peter Baci (904-477-6581, 904-855-1268)
## Phone Records Summary Chart

| Key: | Green indicates a call from Baci to Peake. | No color indicates a call from Peake to Baci. |
|---|---|---|

### 2003

| Date | Time | Call From | Call To | City | State | Duration (Min) | BegDoc# |
|---|---|---|---|---|---|---|---|
| 9/2/2003 | 7:39 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038234 |
| 9/8/2003 | 1:43 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038236 |
| 9/26/2003 | 10:24 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038250 |
| 9/26/2003 | 3:35 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038245 |
| 10/9/2003 | 5:09 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038247 |
| 10/15/2003 | 8:46 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038251 |
| 11/7/2003 | 1:22 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038256 |

### 2004

| Date | Time | Call From | Call To | City | State | Duration (Min) | BegDoc# |
|---|---|---|---|---|---|---|---|
| 2/13/2004 | 7:57 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | SSL_GJ038289 |
| 2/26/2004 | 6:27 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038292 |
| 3/2/2004 | 7:07 AM | 904-710-2128 | 904-477-6581 | | | 4.0 | SSL_GJ038293 |
| 3/5/2004 | 11:24 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038294 |
| 3/5/2004 | 11:25 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038294 |
| 3/16/2004 | 9:14 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038300 |
| 3/17/2004 | 7:45 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038300 |
| 3/17/2004 | 8:44 AM | 904-710-2128 | 904-477-6581 | | | 6.0 | SSL_GJ038301 |
| 3/24/2004 | 7:30 AM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038302 |
| 3/24/2004 | 4:58 PM | 904-710-2128 | 904-477-6581 | | | 5.0 | SSL_GJ038303 |
| 4/2/2004 | 5:23 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038305 |
| 4/6/2004 | 5:37 PM | 904-710-2128 | 904-477-6581 | | | 5.0 | SSL_GJ038306 |
| 4/7/2004 | 12:46 PM | 904-710-2128 | 904-477-6581 | | | 3.0 | SSL_GJ038306 |
| 4/7/2004 | 5:32 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038307 |
| 4/7/2004 | 5:53 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038307 |
| 4/8/2004 | 4:21 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038307 |
| 4/9/2004 | 11:05 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038308 |
| 4/22/2004 | 1:16 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038315 |
| 4/26/2004 | 5:59 PM | 904-710-2128 | 904-477-6581 | | | 7.0 | SSL_GJ038316 |
| 4/30/2004 | 7:39 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038317 |

# Frank Peake (904-710-2128) - Peter Baci (904-477-6581, 904-855-1268)
## Phone Records Summary Chart

| Date | Time | From | To | City | State | Duration | Bates |
|---|---|---|---|---|---|---|---|
| 5/4/2004 | 2:11 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 6.0 | SSL_GJ038318 |
| 5/13/2004 | 3:54 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 11.0 | SSL_GJ038324 |
| 5/18/2004 | 11:12 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038325 |
| 5/18/2004 | 2:39 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | SSL_GJ038325 |
| 5/18/2004 | 2:41 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038325 |
| 5/19/2004 | 3:47 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 4.0 | SSL_GJ038325 |
| 6/1/2004 | 8:54 AM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038328 |
| 6/2/2004 | 7:33 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038328 |
| 6/3/2004 | 11:48 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038329 |
| 6/3/2004 | 5:42 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038329 |
| 6/17/2004 | 12:44 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038334 |
| 6/18/2004 | 4:02 PM | 904-710-2128 | 904-477-6581 | | | 3.0 | SSL_GJ038335 |
| 6/28/2004 | 10:05 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038337 |
| 7/7/2004 | 7:25 AM | 904-710-2128 | 904-477-6581 | | | 3.0 | SSL_GJ038338 |
| 7/15/2004 | 3:34 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038343 |
| 7/19/2004 | 7:20 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038344 |
| 7/22/2004 | 8:52 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 6.0 | SSL_GJ038345 |
| 7/22/2004 | 9:38 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038345 |
| 7/22/2004 | 2:47 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | SSL_GJ038345 |
| 8/4/2004 | 2:06 PM | 904-710-2128 | 904-477-6581 | | | 4.0 | SSL_GJ038348 |
| 8/4/2004 | 9:03 PM | 904-710-2128 | 904-477-6581 | | | 5.0 | SSL_GJ038348 |
| 8/16/2004 | 5:23 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038355 |
| 8/16/2004 | 7:13 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038355 |
| 8/20/2004 | 12:55 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 6.0 | SSL_GJ038355 |
| 8/20/2004 | 4:15 PM | 904-710-2128 | 904-477-6581 | | | 9.0 | SSL_GJ038356 |
| 9/1/2004 | 7:28 AM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038358 |
| 9/1/2004 | 2:31 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038358 |
| 9/13/2004 | 12:46 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038363 |
| 9/15/2004 | 6:33 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038364 |
| 9/17/2004 | 5:48 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038365 |
| 9/21/2004 | 5:26 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | SSL_GJ038366 |
| 10/1/2004 | 6:40 PM | 904-710-2128 | 904-477-6581 | | | 3.0 | SSL_GJ038369 |
| 10/12/2004 | 9:31 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038375 |
| 11/5/2004 | 11:32 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038380 |
| 11/17/2004 | 6:34 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038385 |

**Frank Peake** (904-710-2128) **- Peter Baci** (904-477-6581, 904-855-1268)
Phone Records Summary Chart

| Date | Time | Call From | Call To | City | State | Duration (Min) | BegDoc# |
|---|---|---|---|---|---|---|---|
| 11/18/2004 | 6:57 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038385 |
| 11/22/2004 | 5:40 PM | 904-710-2128 | 904-477-6581 | | | 6.0 | SSL_GJ038386 |
| 12/1/2004 | 8:11 AM | 904-710-2128 | 904-477-6581 | | | 4.0 | SSL_GJ038388 |
| 12/8/2004 | 3:10 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038389 |
| 12/15/2004 | 5:41 PM | 904-710-2128 | 904-477-6581 | | | 3.0 | SSL_GJ038393 |
| 12/20/2004 | 4:35 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038395 |
| 12/27/2004 | 8:53 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038397 |

| 2005 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Call From | Call To | City | State | Duration (Min) | BegDoc# |
| 2/8/2005 | 4:44 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038406 |
| 2/9/2005 | 2:13 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038407 |
| 2/9/2005 | 4:02 PM | 904-710-2128 | 904-855-1268 | Jacksonville | FL | 10.0 | SSL_GJ038407 |
| 2/16/2005 | 12:03 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038412 |
| 2/24/2005 | 2:11 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038414 |
| 2/24/2005 | 2:13 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038438 |
| 3/9/2005 | 9:53 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 15.0 | SSL_GJ038419 |
| 3/10/2005 | 11:35 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038420 |
| 3/10/2005 | 5:25 PM | 904-710-2128 | 904-477-6581 | | | 6.0 | SSL_GJ038420 |
| 3/16/2005 | 10:02 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 6.0 | SSL_GJ038421 |
| 3/23/2005 | 2:30 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038423 |
| 3/29/2005 | 10:07 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 6.0 | SSL_GJ038425 |
| 3/29/2005 | 2:17 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038425 |
| 3/29/2005 | 3:12 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | SSL_GJ038425 |
| 4/8/2005 | 2:48 PM | 904-710-2128 | 904-477-6581 | | | 3.0 | SSL_GJ038438 |
| 4/12/2005 | 5:37 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038433 |
| 4/13/2005 | 11:23 AM | 904-710-2128 | 904-477-6581 | | | 6.0 | SSL_GJ038434 |
| 4/13/2005 | 11:40 AM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038434 |
| 5/2/2005 | 8:03 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038438 |
| 5/3/2005 | 7:33 AM | 904-710-2128 | 904-477-6581 | | | 3.0 | SSL_GJ038493 |
| 5/4/2005 | 4:52 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038438 |
| 5/4/2005 | 7:02 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038438 |
| 5/4/2005 | 7:11 PM | 904-710-2128 | 904-477-6581 | | | 5.0 | SSL_GJ038438 |
| 5/5/2005 | 11:47 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038438 |

# Frank Peake (904-710-2128) - Peter Baci (904-477-6581, 904-855-1268)
## Phone Records Summary Chart

| Date | Time | From | To | City | State | Duration | Bates |
|---|---|---|---|---|---|---|---|
| 5/5/2005 | 11:51 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038445 |
| 5/10/2005 | 5:16 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038443 |
| 5/12/2005 | 5:42 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038444 |
| 5/17/2005 | 5:35 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038488 |
| 5/31/2005 | 1:23 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038448 |
| 6/1/2005 | 8:05 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038448 |
| 6/7/2005 | 7:07 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | SSL_GJ038449 |
| 6/7/2005 | 9:29 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038450 |
| 6/17/2005 | 2:53 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038456 |
| 7/12/2005 | 7:53 AM | 904-710-2128 | 904-477-6581 | | | 5.0 | SSL_GJ038463 |
| 7/19/2005 | 3:57 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038464 |
| 8/3/2005 | 5:13 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038467 |
| 8/12/2005 | 5:57 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038472 |
| 8/17/2005 | 2:17 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038472 |
| 8/19/2005 | 5:02 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038473 |
| 8/25/2005 | 6:49 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038474 |
| 8/30/2005 | 6:46 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038475 |
| 9/5/2005 | 7:05 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038476 |
| 9/12/2005 | 8:56 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 7.0 | SSL_GJ038481 |
| 9/14/2005 | 5:34 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 5.0 | SSL_GJ038482 |
| 9/15/2005 | 8:14 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | SSL_GJ038482 |
| 9/27/2005 | 9:24 AM | 904-710-2128 | 904-477-6581 | Jacksonville | Fl | 2.0 | SSL_GJ038485 |
| 9/27/2005 | 9:47 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038485 |
| 9/27/2005 | 5:03 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | SSL_GJ038485 |
| 9/27/2005 | 5:50 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 4.0 | SSL_GJ038485 |
| 9/30/2005 | 7:26 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038486 |
| 10/1/2005 | 6:31 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038487 |
| 10/3/2005 | 5:05 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038487 |
| 10/7/2005 | 8:03 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038488 |
| 10/8/2005 | 9:57 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038497 |
| 10/8/2005 | 10:13 AM | 904-477-6581 | 904-710-2128 | | | 9.0 | SSL_GJ038488 |
| 10/11/2005 | 4:58 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038491 |
| 10/11/2005 | 4:59 PM | 904-477-6581 | 904-710-2128 | | | 2.0 | SSL_GJ038491 |
| 10/18/2005 | 8:29 AM | 904-477-6581 | 904-710-2128 | | | 5.0 | SSL_GJ038492 |
| 10/19/2005 | 1:34 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 9.0 | SSL_GJ038493 |

## Frank Peake (904-710-2128) - Peter Baci (904-477-6581, 904-855-1268)
### Phone Records Summary Chart

| Date | Time | Call From | Call To | City | State | Duration (Min) | BegDoc# |
|---|---|---|---|---|---|---|---|
| 10/24/2005 | 9:29 PM | 904-710-2128 | 904-477-6581 | | | 3.0 | SSL_GJ038429 |
| 10/24/2005 | 9:32 PM | 904-710-2128 | 904-477-6581 | | | 9.0 | SSL_GJ038493 |
| 10/26/2005 | 10:54 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038494 |
| 10/26/2005 | 11:12 AM | 904-477-6581 | 904-710-2128 | | | 1.0 | SSL_GJ038494 |
| 10/29/2005 | 1:48 PM | 904-477-6581 | 904-710-2128 | | | 2.0 | SSL_GJ038495 |
| 10/31/2005 | 5:32 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038495 |
| 11/8/2005 | 7:43 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038414 |
| 11/8/2005 | 7:46 AM | 904-477-6581 | 904-710-2128 | | | 10.0 | SSL_GJ038497 |
| 11/8/2005 | 3:25 PM | 904-710-2128 | 904-477-6581 | | | 7.0 | SSL_GJ038498 |
| 11/16/2005 | 6:35 PM | 904-710-2128 | 904-477-6581 | | | 3.0 | SSL_GJ038502 |
| 11/19/2005 | 6:02 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038503 |
| 11/21/2005 | 2:45 PM | 904-477-6581 | 904-710-2128 | | | 1.0 | SSL_GJ038503 |
| 11/22/2005 | 4:04 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038503 |
| 11/22/2005 | 4:36 PM | 904-477-6581 | 904-710-2128 | | | 11.0 | SSL_GJ038503 |
| 12/8/2005 | 9:00 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 7.0 | SSL_GJ038506 |
| 12/8/2005 | 2:24 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038507 |
| 12/8/2005 | 3:23 PM | 904-477-6581 | 904-710-2128 | | | 5.0 | SSL_GJ038507 |
| 12/9/2005 | 1:49 PM | 904-477-6581 | 904-710-2128 | | | 3.0 | SSL_GJ038507 |
| 12/21/2005 | 5:24 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 6.0 | DOJ-TMOBILE-00000004 |

| 2006 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Call From | Call To | City | State | Duration (Min) | BegDoc# |
| 1/5/2006 | 5:30 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000010 |
| 1/6/2006 | 5:47 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000404 |
| 1/9/2006 | 5:23 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000011 |
| 1/9/2006 | 5:30 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000405 |
| 1/11/2006 | 8:19 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000012 |
| 1/12/2006 | 10:18 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000406 |
| 1/25/2006 | 10:24 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000410 |
| 1/25/2006 | 10:30 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000017 |
| 1/25/2006 | 10:43 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000410 |
| 1/25/2006 | 11:05 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 9.0 | DOJ-TMOBILE-00000017 |
| 1/25/2006 | 11:14 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000017 |
| 2/1/2006 | 6:48 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 7.0 | DOJ-TMOBILE-00000027 |

# Frank Peake (904-710-2128) - Peter Baci (904-477-6581, 904-855-1268)
## Phone Records Summary Chart

| Date | Time | From | To | City | State | Duration | Bates |
|---|---|---|---|---|---|---|---|
| 2/2/2006 | 8:37 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000028 |
| 2/2/2006 | 9:15 AM | 904-710-2128 | 904-477-6581 | | | 2.0 | DOJ-TMOBILE-00000028 |
| 2/3/2006 | 4:17 PM | 904-710-2128 | 904-477-6581 | | | 5.0 | DOJ-TMOBILE-00000030 |
| 2/3/2006 | 4:22 PM | 904-710-2128 | 904-477-6581 | | | 4.0 | DOJ-TMOBILE-00000030 |
| 2/6/2006 | 9:14 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | DOJ-TMOBILE-00000031 |
| 2/8/2006 | 5:40 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | DOJ-TMOBILE-00000033 |
| 2/16/2006 | 3:50 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 8.0 | DOJ-TMOBILE-00000037 |
| 2/21/2006 | 8:36 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000038 |
| 2/21/2006 | 9:00 AM | 904-710-2128 | 904-477-6581 | | | 4.0 | DOJ-TMOBILE-00000039 |
| 2/21/2006 | 2:40 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000039 |
| 2/21/2006 | 3:05 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000039 |
| 2/21/2006 | 3:14 PM | 904-710-2128 | 904-477-6581 | | | 5.0 | DOJ-TMOBILE-00000039 |
| 3/2/2006 | 6:24 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000431 |
| 3/3/2006 | 7:39 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000431 |
| 3/3/2006 | 7:46 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000432 |
| 3/3/2006 | 7:49 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | DOJ-TMOBILE-00000051 |
| 3/10/2006 | 10:34 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000054 |
| 3/10/2006 | 3:15 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 5.0 | DOJ-TMOBILE-00000435 |
| 3/15/2006 | 7:55 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 6.0 | DOJ-TMOBILE-00000057 |
| 4/11/2006 | 11:53 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000077 |
| 4/11/2006 | 4:17 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000078 |
| 4/21/2006 | 9:18 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000082 |
| 4/21/2006 | 1:02 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000458 |
| 4/21/2006 | 3:18 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000458 |
| 4/21/2006 | 3:20 PM | 904-477-6581 | 904-710-2128 | | | 5.0 | DOJ-TMOBILE-00000458 |
| 4/21/2006 | 3:23 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | DOJ-TMOBILE-00000082 |
| 4/27/2006 | 3:55 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 5.0 | DOJ-TMOBILE-00000095 |
| 5/8/2006 | 4:58 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 6.0 | DOJ-TMOBILE-00000486 |
| 5/8/2006 | 5:34 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000486 |
| 5/9/2006 | 5:47 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000098 |
| 5/10/2006 | 1:42 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 5.0 | DOJ-TMOBILE-00000487 |
| 5/11/2006 | 4:36 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 4.0 | DOJ-TMOBILE-00000487 |
| 5/11/2006 | 4:54 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | DOJ-TMOBILE-00000098 |
| 5/16/2006 | 5:01 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000100 |
| 5/16/2006 | 5:09 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 5.0 | DOJ-TMOBILE-00000488 |

**Frank Peake** (904-710-2128) **- Peter Baci** (904-477-6581, 904-855-1268)
Phone Records Summary Chart

| Date | Time | From | To | City | State | Duration | Bates |
|---|---|---|---|---|---|---|---|
| 5/17/2006 | 4:03 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 5.0 | DOJ-TMOBILE-00000101 |
| 5/19/2006 | 2:23 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000102 |
| 5/30/2006 | 5:49 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000502 |
| 5/30/2006 | 6:18 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000502 |
| 5/30/2006 | 8:30 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000114 |
| 5/30/2006 | 8:37 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000114 |
| 5/31/2006 | 8:47 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000502 |
| 5/31/2006 | 8:48 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000114 |
| 5/31/2006 | 8:49 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000503 |
| 5/31/2006 | 8:50 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000503 |
| 6/5/2006 | 7:22 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000116 |
| 6/12/2006 | 10:49 AM | 904-855-1268 | 904-710-2128 | | | 1.0 | DOJ-TMOBILE-00000505 |
| 6/15/2006 | 1:47 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000506 |
| 6/27/2006 | 7:59 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 5.0 | DOJ-TMOBILE-00000518 |
| 6/27/2006 | 2:35 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000144 |
| 6/27/2006 | 2:47 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000145 |
| 7/3/2006 | 7:18 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | DOJ-TMOBILE-00000147 |
| 7/7/2006 | 7:41 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000520 |
| 7/13/2006 | 4:58 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000522 |
| 7/15/2006 | 2:57 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000150 |
| 7/15/2006 | 2:59 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000522 |
| 7/15/2006 | 3:01 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000150 |
| 7/17/2006 | 11:29 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000523 |
| 7/17/2006 | 2:07 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000150 |
| 7/25/2006 | 12:55 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000154 |
| 7/27/2006 | 5:10 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 10.0 | DOJ-TMOBILE-00000170 |
| 7/27/2006 | 5:25 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 6.0 | DOJ-TMOBILE-00000170 |
| 8/3/2006 | 2:51 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 21.0 | DOJ-TMOBILE-00000529 |
| 8/10/2006 | 11:54 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000176 |
| 8/10/2006 | 11:59 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 7.0 | DOJ-TMOBILE-00000531 |
| 8/11/2006 | 10:36 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000177 |
| 8/11/2006 | 11:13 AM | 904-855-1268 | 904-710-2128 | | | 8.0 | DOJ-TMOBILE-00000531 |
| 8/24/2006 | 3:36 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000182 |
| 8/24/2006 | 3:37 PM | 904-855-1270 | 904-477-6581 | | | 2.0 | DOJ-TMOBILE-00000182 |
| 8/30/2006 | 7:44 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 6.0 | DOJ-TMOBILE-00000193 |

# Frank Peake (904-710-2128) - Peter Baci (904-477-6581, 904-855-1268)
## Phone Records Summary Chart

| Date | Time | From | To | City | State | Duration | Bates |
|---|---|---|---|---|---|---|---|
| 8/30/2006 | 7:44 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000564 |
| 8/30/2006 | 6:01 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000194 |
| 8/30/2006 | 6:01 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000564 |
| 8/30/2006 | 6:07 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 4.0 | DOJ-TMOBILE-00000564 |
| 9/8/2006 | 11:33 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000195 |
| 9/8/2006 | 12:38 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000195 |
| 9/8/2006 | 1:59 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 5.0 | DOJ-TMOBILE-00000567 |
| 9/19/2006 | 11:49 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 7.0 | DOJ-TMOBILE-00000198 |
| 9/20/2006 | 4:47 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000199 |
| 9/27/2006 | 2:57 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000620 |
| 9/27/2006 | 3:04 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000212 |
| 10/2/2006 | 6:03 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000213 |
| 10/10/2006 | 10:20 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 6.0 | DOJ-TMOBILE-00000623 |
| 10/11/2006 | 6:20 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000217 |
| 10/18/2006 | 5:43 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000626 |
| 10/19/2006 | 9:39 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | DOJ-TMOBILE-00000219 |
| 10/23/2006 | 4:30 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000627 |
| 10/23/2006 | 6:43 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000221 |
| 10/26/2006 | 3:16 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000628 |
| 10/26/2006 | 3:29 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | DOJ-TMOBILE-00000222 |
| 10/26/2006 | 3:41 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000628 |
| 10/27/2006 | 2:45 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000640 |
| 10/27/2006 | 2:45 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000658 |
| 10/31/2006 | 7:14 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000232 |
| 10/31/2006 | 8:12 AM | 904-477-6581 | 904-710-2128 | | | 2.0 | DOJ-TMOBILE-00000641 |
| 11/2/2006 | 8:10 AM | 904-477-6581 | 904-710-2128 | | | 3.0 | DOJ-TMOBILE-00000642 |
| 11/2/2006 | 9:12 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000234 |
| 11/2/2006 | 12:23 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000642 |
| 11/2/2006 | 1:25 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | DOJ-TMOBILE-00000234 |
| 11/2/2006 | 5:12 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000642 |
| 11/2/2006 | 5:14 PM | 904-477-6581 | 904-710-2128 | | | 4.0 | DOJ-TMOBILE-00000642 |
| 11/2/2006 | 5:15 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000234 |
| 11/2/2006 | 6:12 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | DOJ-TMOBILE-00000234 |
| 11/2/2006 | 6:14 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | DOJ-TMOBILE-00000234 |
| 11/3/2006 | 12:17 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000235 |

## Frank Peake (904-710-2128) - Peter Baci (904-477-6581, 904-855-1268)
## Phone Records Summary Chart

| Date | Time | Call From | Call To | City | State | Duration (Min) | BegDoc# |
|---|---|---|---|---|---|---|---|
| 11/9/2006 | 4:32 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 11.0 | DOJ-TMOBILE-00000237 |
| 11/9/2006 | 5:33 PM | 904-477-6581 | 904-710-2128 | | | 11.0 | DOJ-TMOBILE-00000644 |
| 11/14/2006 | 12:12 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000238 |
| 11/14/2006 | 12:13 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000646 |
| 11/14/2006 | 12:16 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000646 |
| 11/14/2006 | 12:17 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000238 |
| 11/16/2006 | 8:59 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000239 |
| 11/17/2006 | 12:01 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000240 |
| 11/17/2006 | 2:59 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000240 |
| 11/17/2006 | 6:18 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000240 |
| 11/19/2006 | 5:35 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000241 |
| 11/20/2006 | 4:47 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000241 |
| 11/21/2006 | 3:41 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000242 |
| 11/22/2006 | 5:12 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000243 |
| 11/27/2006 | 8:01 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000252 |
| 11/28/2006 | 7:38 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000253 |
| 12/4/2006 | 4:31 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000257 |
| 12/7/2006 | 12:46 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 9.0 | DOJ-TMOBILE-00000259 |
| 12/11/2006 | 7:54 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000692 |
| 12/11/2006 | 8:04 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000260 |
| 12/12/2006 | 9:40 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 6.0 | DOJ-TMOBILE-00000693 |
| 12/12/2006 | 10:40 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000261 |
| 12/12/2006 | 10:41 AM | 904-710-2128 | 904-477-6581 | | | 6.0 | DOJ-TMOBILE-00000261 |
| 12/12/2006 | 2:56 PM | 904-477-6581 | 904-710-2128 | | | 7.0 | DOJ-TMOBILE-00000693 |
| 12/12/2006 | 3:57 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 7.0 | DOJ-TMOBILE-00000261 |
| 12/14/2006 | 8:59 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000694 |
| 12/14/2006 | 9:01 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | DOJ-TMOBILE-00000262 |
| 12/15/2006 | 12:55 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000694 |
| 12/21/2006 | 10:43 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000264 |

| 2007 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Call From | Call To | City | State | Duration (Min) | BegDoc# |
| 1/16/2007 | 8:44 AM | 904-710-2128 | 904-477-6581 | | | 4.0 | DOJ-TMOBILE-00000277 |
| 1/26/2007 | 10:29 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000280 |

**Frank Peake** (904-710-2128) **- Peter Baci** (904-477-6581, 904-855-1268)
Phone Records Summary Chart

| Date | Time | From | To | City | State | Duration | Bates |
|---|---|---|---|---|---|---|---|
| 1/31/2007 | 6:25 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000712 |
| 2/1/2007 | 8:03 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000712 |
| 2/1/2007 | 8:12 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 5.0 | DOJ-TMOBILE-00000287 |
| 2/22/2007 | 7:08 AM | 904-710-2128 | 904-477-6581 | | | 3.0 | DOJ-TMOBILE-00000294 |
| 2/22/2007 | 8:09 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000716 |
| 2/26/2007 | 8:04 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 9.0 | DOJ-TMOBILE-00000717 |
| 3/15/2007 | 9:29 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | DOJ-TMOBILE-00000730 |
| 5/7/2007 | 5:22 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 6.0 | DOJ-TMOBILE-00000752 |
| 5/15/2007 | 7:07 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 5.0 | DOJ-TMOBILE-00000755 |
| 5/16/2007 | 8:29 AM | 904-477-6581 | 904-710-2128 | International | | 6.0 | DOJ-TMOBILE-00000356 |
| 5/16/2007 | 12:56 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | DOJ-TMOBILE-00000356 |
| 5/17/2007 | 4:17 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000756 |
| 5/23/2007 | 3:22 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000354 |
| 5/24/2007 | 7:51 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000354 |
| 6/7/2007 | 10:05 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 5.0 | DOJ-TMOBILE-00000769 |
| 6/7/2007 | 12:56 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000370 |
| 6/7/2007 | 1:05 PM | 904-710-2128 | 904-477-6581 | | | 5.0 | DOJ-TMOBILE-00000370 |
| 6/13/2007 | 11:29 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 6.0 | DOJ-TMOBILE-00000372 |
| 6/20/2007 | 8:29 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | DOJ-TMOBILE-00000375 |
| 6/21/2007 | 7:22 AM | 904-477-6581 | 904-710-2128 | | | 6.0 | SSL_GJ038557 |
| 6/21/2007 | 7:31 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000376 |
| 6/21/2007 | 7:33 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | DOJ-TMOBILE-00000772 |
| 6/27/2007 | 7:21 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 6.0 | DOJ-TMOBILE-00000388 |
| 6/27/2007 | 1:15 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038557 |
| 6/27/2007 | 6:20 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038558 |
| 6/27/2007 | 7:44 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 11.0 | DOJ-TMOBILE-00000388 |
| 6/29/2007 | 2:18 PM | 904-477-6581 | 904-710-2128 | | | 4.0 | 956859-000011 |
| 7/2/2007 | 2:25 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 8.0 | SSL_GJ038559 |
| 7/9/2007 | 6:18 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 4.0 | SSL_GJ038560 |
| 7/11/2007 | 3:08 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | 956859-000024 |
| 7/11/2007 | 3:41 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | 956859-000024 |
| 7/12/2007 | 5:00 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | 956859-000024 |
| 7/16/2007 | 9:51 AM | 904-477-6581 | 904-710-2128 | | | 14.0 | 956859-000016 |
| 7/16/2007 | 2:24 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038564 |
| 7/20/2007 | 10:40 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038564 |

# Frank Peake (904-710-2128) - Peter Baci (904-477-6581, 904-855-1268)
## Phone Records Summary Chart

| Date | Time | From | To | City | State | Duration | Bates |
|---|---|---|---|---|---|---|---|
| 7/20/2007 | 2:26 PM | 904-477-6581 | 904-710-2128 | | | 2.0 | 956859-000018 |
| 8/2/2007 | 7:18 AM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038568 |
| 8/6/2007 | 9:23 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038569 |
| 8/6/2007 | 9:41 AM | 904-477-6581 | 904-710-2128 | | | 3.0 | 956859-000022 |
| 8/8/2007 | 9:53 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | 956859-000023 |
| 8/8/2007 | 1:01 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038569 |
| 8/9/2007 | 5:25 PM | 904-710-2128 | 904-477-6581 | | | 4.0 | SSL_GJ038570 |
| 8/9/2007 | 6:49 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038570 |
| 8/9/2007 | 7:28 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | 956859-000024 |
| 8/22/2007 | 10:17 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | 956859-000096 |
| 8/22/2007 | 8:14 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038575 |
| 8/22/2007 | 8:15 PM | 904-477-6581 | 904-710-2128 | | | 8.0 | SSL_GJ038575 |
| 9/4/2007 | 3:41 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | 956859-000033 |
| 9/5/2007 | 3:06 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | 956859-000033 |
| 9/10/2007 | 5:22 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038581 |
| 9/18/2007 | 9:20 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038583 |
| 9/18/2007 | 9:29 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038583 |
| 9/20/2007 | 9:46 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | 956859-000042 |
| 9/20/2007 | 10:13 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 4.0 | SSL_GJ038583 |
| 9/20/2007 | 1:49 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | 956859-000047 |
| 9/21/2007 | 2:18 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 13.0 | 956859-000042 |
| 9/21/2007 | 8:15 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | 956859-000105 |
| 9/25/2007 | 7:55 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038585 |
| 9/25/2007 | 1:37 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038585 |
| 9/25/2007 | 1:42 PM | 904-477-6581 | 904-710-2128 | | | 5.0 | 956859-000044 |
| 9/26/2007 | 5:51 PM | 904-477-6581 | 904-710-2128 | | | 7.0 | 956859-000044 |
| 9/27/2007 | 9:38 AM | 904-477-6581 | 904-710-2128 | | | 3.0 | 956859-000045 |
| 10/1/2007 | 6:35 AM | 904-477-6581 | 904-710-2128 | | | 4.0 | SSL_GJ038591 |
| 10/2/2007 | 7:57 AM | 904-477-6581 | 904-710-2128 | | | 7.0 | SSL_GJ038586 |
| 10/2/2007 | 2:57 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 7.0 | 956859-000048 |
| 10/5/2007 | 11:09 AM | 904-477-6581 | 904-710-2128 | | | 8.0 | SSL_GJ038587 |
| 10/5/2007 | 6:09 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | 956859-000048 |
| 10/9/2007 | 7:23 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 4.0 | 956859-000046 |
| 10/11/2007 | 6:35 AM | 904-477-6581 | 904-710-2128 | | | 4.0 | 956859-000049 |
| 10/17/2007 | 8:12 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038593 |

**Frank Peake** (904-710-2128) **- Peter Baci** (904-477-6581, 904-855-1268)
Phone Records Summary Chart

| Date | Time | Call From | Call To | City | State | Duration (Min) | BegDoc# |
|---|---|---|---|---|---|---|---|
| 10/26/2007 | 11:11 AM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038595 |
| 10/26/2007 | 3:25 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038595 |
| 10/26/2007 | 3:27 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | 956859-000052 |
| 10/26/2007 | 3:36 PM | 904-477-6581 | 904-710-2128 | | | 2.0 | 956859-000052 |
| 10/30/2007 | 6:59 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038597 |
| 10/30/2007 | 7:02 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 2.0 | 956859-000054 |
| 11/1/2007 | 12:23 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038597 |
| 11/6/2007 | 4:31 PM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 1.0 | 956859-000070 |
| 11/29/2007 | 8:32 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 3.0 | 956859-000066 |
| 11/30/2007 | 8:00 AM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038604 |
| 12/5/2007 | 1:41 PM | 904-477-6581 | 904-710-2128 | | | 4.0 | 956859-000068 |
| 12/5/2007 | 2:35 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038606 |
| 12/11/2007 | 8:45 AM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038611 |
| 12/11/2007 | 9:15 AM | 904-477-6581 | 904-710-2128 | Jacksonville | FL | 3.0 | 956859-000073 |
| 12/14/2007 | 10:16 AM | 904-710-2128 | 904-477-6581 | | | 8.0 | SSL_GJ038611 |
| 12/20/2007 | 4:55 PM | 904-477-6581 | 904-710-2128 | | | 2.0 | 956859-000078 |

| 2008 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Call From | Call To | City | State | Duration (Min) | BegDoc# |
| 1/16/2008 | 4:51 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038620 |
| 1/25/2008 | 5:41 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038623 |
| 1/25/2008 | 5:45 PM | 904-710-2128 | 904-477-6581 | | | 6.0 | SSL_GJ038623 |
| 1/30/2008 | 4:11 AM | 904-710-2128 | 904-477-6581 | | | 3.0 | SSL_GJ038624 |
| 1/31/2008 | 5:07 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 2.0 | SSL_GJ038624 |
| 2/8/2008 | 8:53 AM | 904-477-6581 | 904-710-2128 | | | 5.0 | SSL_GJ038627 |
| 2/8/2008 | 8:58 AM | 904-477-6581 | 904-710-2128 | | | 1.0 | SSL_GJ038627 |
| 2/8/2008 | 1:40 PM | 904-710-2128 | 904-477-6581 | | | 1.0 | SSL_GJ038627 |
| 2/12/2008 | 5:09 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038629 |
| 2/15/2008 | 12:54 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038630 |
| 2/15/2008 | 2:21 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 3.0 | SSL_GJ038630 |
| 2/19/2008 | 3:02 PM | 904-710-2128 | 904-477-6581 | | | 11.0 | SSL_GJ038631 |
| 2/21/2008 | 9:59 AM | 904-477-6581 | 904-710-2128 | | | 7.0 | SSL_GJ038631 |
| 3/7/2008 | 7:54 AM | 904-710-2128 | 904-477-6581 | | | 9.0 | SSL_GJ038635 |
| 3/8/2008 | 10:13 AM | 904-477-6581 | 904-710-2128 | | | 5.0 | SSL_GJ038635 |

**Frank Peake** (904-710-2128) **- Peter Baci** (904-477-6581, 904-855-1268)
Phone Records Summary Chart

| Date | Time | From | To | City | State | Duration | Bates |
|---|---|---|---|---|---|---|---|
| 3/9/2008 | 2:23 PM | 904-710-2128 | 904-477-6581 | | | 2.0 | SSL_GJ038635 |
| 3/19/2008 | 3:13 PM | 904-477-6581 | 904-710-2128 | | | 6.0 | SSL_GJ038639 |
| 3/20/2008 | 6:58 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 6.0 | SSL_GJ038639 |
| 3/31/2008 | 11:03 AM | 904-477-6581 | 904-710-2128 | | | 1.0 | SSL_GJ038642 |
| 3/31/2008 | 11:46 AM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 5.0 | SSL_GJ038642 |
| 3/31/2008 | 6:08 PM | 904-477-6581 | 904-710-2128 | | | 3.0 | SSL_GJ038642 |
| 4/1/2008 | 8:44 AM | 904-477-6581 | 904-710-2128 | | | 3.0 | SSL_GJ038643 |
| 4/3/2008 | 2:59 PM | 904-710-2128 | 904-477-6581 | Jacksonville | FL | 1.0 | SSL_GJ038644 |

| | |
|---|---|
| **Total # of Calls:** | 404 |
| **Total # of Calls initiated by Peake to Baci:** | 253 |
| **Total # of Calls initiated by Baci to Peake:** | 151 |
| **Total Duration (in mins) of All Calls:** | 20hrs 40mins *(1240 mins)* |