UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CASE NO. 11-CR-512 (DRD)

UNITED STATES OF AMERICA,
vs.

FRANK PEAKE,

    Defendant.
_____/

## FRANK PEAKE'S NOTICE OF APPEAL

    Frank Peake, through undersigned counsel, appeals to the United States Court of Appeals for the First Circuit from the Conviction and Sentencing in this matter. Sentencing was held on December 6, 2013. The Judgment Order has not yet been entered but the Court ordered that we file the notice of appeal by December 20, 2013.

    Respectfully Submitted,

    **MARKUS & MARKUS, PLLC**
    40 N.W. 3rd Street
    Penthouse One
    Miami, Florida 33128
    Telephone (305) 379-6667
    Facsimile (305) 379-6668
    www.markuslaw.com

    By:    /s/ David Oscar Markus
            David Oscar Markus
            Florida Bar Number 119318
            Dmarkus@markuslaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed this 20th day of December 2013, and served on all appropriate parties through that system.

    /s/ David Oscar Markus
    David Oscar Markus